# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-02342-ODW(PLAx) | Date | September 27, 2012 |
|---|---|---|---|
| Title | First Class Vending, Inc. v. ITC Systems USA, Inc. et al | | |

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sheila English | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**     ( In Chambers):    Order to Show Cause re Case Settlement

The Court is in receipt of a Notice of Settlement **[31]** filed September 26, 2012. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, December 31, 2012 at 1:30 p.m.**  Accordingly, all other dates are vacated and taken off calendar.

The OSC hearing will be vacated upon the filing of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | SE |